IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00013-WDM

UNITED STATES OF AMERICA,

v.

RODNEY CHARLES SELLERS,

        Defendant.

_____

## ORDER DENYING MOTION

_____

Defendant Rodney Charles Sellers has filed **pro se** on January 3, 2007, a letter to the Court complaining that he is not receiving medical and mental health treatment during his present incarceration at a federal prison in Florence, Colorado. Attached to the letter is a document titled "Motion for Recommendation for the Federal Prisoner's Transfer From the Federal Bureau of Prisons to the Colorado State Department of Corrections." In the motion Mr. Sellers alleges that he is awaiting a transfer to another prison because he has been identified as an inmate whose life is in danger from gang members. Mr. Sellers asks to be transferred to the custody of the Colorado Department of Corrections because he believes he will be safer and that he will receive medical and mental health treatment in a Colorado state prison.

Mr. Sellers fails to cite any authority that would allow the Court to grant the relief he requests. Therefore, his request for a recommendation that he be transferred to the custody of the Colorado Department of Corrections will be denied. Accordingly, it is ordered that:

The "Motion for Recommendation for the Federal Prisoner's Transfer From the

Federal Bureau of Prisons to the Colorado State Department of Corrections" filed on

January 3, 2007, is denied.

DATED at Denver, Colorado, this 29 day of _____ January _____, 2007.

BY THE COURT:

WALKER D. MILLER
United States District Judge